# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

STACI R. MARGHEIM,    )
           )
    Plaintiff,    )
           )
    v.      )   No. 4:26-cv-00698-JMB
           )
BOBBIE FISCHER,    )
           )
    Defendant.   )

## OPINION, MEMORANDUM AND ORDER OF TRANSFER

Before the Court is a letter from self-represented Plaintiff Staci R. Margheim alleging that she is being falsely imprisoned in the Howell County Jail in violation of her constitutional rights. Doc. 1. The Howell County Jail is located in the Western District of Missouri. *See* 28 U.S.C. §105(b)(5) (placing Howell County in the Western District of Missouri).

Under 28 U.S.C. § 1391(b), a civil action of this type may be brought in: "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial

district in which any defendant is subject to the court's personal jurisdiction with respect to such action."

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Here, Plaintiff's claims arise entirely from events that occurred in the Western District of Missouri. Therefore, the Court concludes that it is in the interest of justice to transfer this case to the United States District Court for the Western District of Missouri for all further proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **TRANSFER** this case to the United States District Court for the Western District of Missouri. *See* 28 U.S.C. § 1404(a).

Dated this 7th day of May, 2026.

_____

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

2